UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

v.                                        Case No.: 10-cr-20053

KASHAUNDA PROPHET,         Hon. Robert H. Cleland

         Defendant.
_____/

## ORDER TO COMPEL PRODUCTION OF MEDICAL RECORDS

This matter having come before the Court on Defendant's Motion, St. John Hospital and Medical Center is directed to produce the medical records of Maurice Prophet relating to his February 17, 2011 admission by 2:30 p.m. on May 24, 2011. The records may be brought to this Court (231 W. Lafayette, Rm. 712, Detroit, MI 48226) on that date and time, or provided to Federal Defenders Office (613 Abbott, 5th Floor, Detroit, MI 48226) at any time prior to May 24, 2011.

**SO ORDERED.**

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 20, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 20, 2011, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522